*Paul Elkins,* pro se *Allen W. Barr,* pro se, Plaintiffs.

*M. Gay Conklin,* Deputy Attorney General *(George Pai,* Attorney General, of counsel) for Defendants.

ALLEN M. STACK, et al., Plaintiffs-Appellees, *v.* BEVERLY ENTERPRISES, a California corporation, Defendant-Appellant, and CITY AND COUNTY OF HONOLULU, a municipal corporation, et al., Defendants-Appellees

NO. 5420

OCTOBER 22, 1974

RICHARDSON, C.J., KOBAYASHI, OGATA AND MENOR, JJ., and CIRCUIT JUDGE KATO ASSIGNED BY REASON OF VACANCY

*Per Curiam.* The record of this case fails to reflect any reversible error.

Affirmed.

*Felix A. Maciszewski* and *Joseph T. Kiefer (Carlsmith, Carlsmith, Wichman & Case* of counsel) for defendant-appellant.

*Gerald Y. Sekiya (Cronin, Fried, Sekiya & Haley* of counsel) and *Ronald W. K. Yee (Case, Stack, Kay, Clause & Lynch* of counsel) for plaintiffs-appellees.